**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                                                DATE: 10/20/14

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Jennifer Hart, et al.<br>v.<br>Tredegar Film Products Corporation | CASE NO: 3:14CV187<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:   BENCH TRIAL ( )   MOTION HEARING ( )   OTHER: Settlement Approval Hrg.

APPEARANCES:   Parties by ( ✓ )/with ( ✓ ) counsel        Pro Se ( )

   MOTIONS BEFORE TRIAL:

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD ( ✓ )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

The Court finds the settlement to be fair & it is approved

Craig J. Curwood, Philip J. Dean
Counsel for Plaintiff(s)

King F. Tower
Counsel for Defendant(s)

SET: 1:30pm   BEGAN: 1:30pm   ENDED: 1:38   TIME IN COURT: 8 mins.
RECESSES: